

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

4/5/2021

Todd A. Seaver (SBN 271067)
Jeffrey J. Miles (SBN 693869)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: tseaver@bermantabacco.com
         jmiles@bermantabacco.com

Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Peter A. Barile III (*pro hac vice*)
Amanda Fiorilla (*pro hac vice*)
Noelle Feigenbaum (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
Email: vbriganti@lowey.com
         clevis@lowey.com
         pbarile@lowey.com
         afiorilla@lowey.com
         nfeigenbaum@lowey.com

*Attorneys for Plaintiff John Pistacchio
and the Proposed Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| JOHN PISTACCHIO, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>v.<br><br>APPLE INC., a California corporation.<br><br>                    Defendant. | Case No.: 4:20-cv-07034-YGR<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(A)(1)(A)** |

1 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2 Plaintiff John Pistacchio, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil

3 Procedure, hereby dismisses this action against Defendant Apple without prejudice.

4 Apple has filed neither an answer to the complaint nor a motion for summary judgment.

5 Dismissal under Rule 41(a)(1)(A) is therefore appropriate.

6 Dated: March 30, 2021

By:  */s/ Christian Levis*
      Christian Levis

Vincent Briganti (admitted *pro hac vice*)
Christian Levis (admitted *pro hac vice*)
Peter A. Barile III (admitted *pro hac vice*)
Amanda Fiorilla (admitted *pro hac vice*)
Noelle Feigenbaum (admitted *pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
Email:  vbriganti@lowey.com
        clevis@lowey.com
        pbarile@lowey.com
        afiorilla@lowey.com
        nfeigenbaum@lowey.com

Todd A. Seaver
Jeffrey J. Miles
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email:  tseaver@bermantabacco.com
        jmiles@bermantabacco.com

*Attorneys for Plaintiff and the Proposed Class*

**E-FILING ATTESTATION**

I, Todd A. Seaver, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Christian Levis identified above has concurred in this filing.

>  /s/ *Todd A. Seaver*
>      Todd A. Seaver